# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Pamela Baker, Personal Representative, etc. <br> *Plaintiff* <br> v. <br> Global Wonders, Inc. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. CV 13-7338 BRO (JEMx) <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ **the plaintiff** *(name)* Pamela Baker, personal representative of Martin T. Hart, deceased recover from the defendant *(name)* Global Wonders, Inc. the amount of three hundred seventeen thousand six hundred fourteen & .28 dollars ($ 317,614.28 ), which includes prejudgment interest at the rate of 8.00 %, plus post judgment interest at the rate of 8.00 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ **other:** (The $317,614.28 figure above includes an award of costs in the amount of $544.00.)

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Beverly Reid O'Connell on a motion for default judgment.

Date: June 2, 2014

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE